BEFORE THE FIRST DIVISION, JANUARY 31, 1966

No. 69765.—The A. C. Gilbert Co. and Gehrig, Hoban & Co., Inc., et al. v. United States, protests 62/15289, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of power packs similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.